1056

[Nos. 35719-4-II; 35720-8-II. Division Two. September 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL VINCENT JOHNS, JR., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CLINTON FAIRCLOTH, JR., *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 06-1-00971-5, Richard A. Strophy, J., entered December 27, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Quinn-Brintnall, J., concurring separately.

[No. 36276-7-II. Division Two. September 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE H. NULF, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00091-0, David E. Foscue, J., entered April 30, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J.; Quinn-Brintnall, J., concurring separately.

[No. 36859-5-II. Division Two. September 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY A. STRICKLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00308-1, David E. Foscue, J., entered October 1, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.